UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC | ) ) ) | |
| Petitioner | ) ) | |
| v. | ) ) | DC Cir. No. 23-1232 |
| NATIONAL LABOR RELATIONS BOARD | ) ) ) | |
| Respondent | ) | |
| ------------------------------------------------------------- | | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) ) ) | |
| Petitioner | ) ) | |
| v. | ) ) | 9th Cir. No. 23-2081 |
| NATIONAL LABOR RELATIONS BOARD | ) ) ) | |
| Respondent | ) | |

**NOTICE OF MULTICIRCUIT PETITIONS FOR REVIEW**

In accordance with the provisions of 28 U.S.C. §2112 (a)(3) and the Judicial Panel's Rule 25.1 - 25.4, the National Labor Relations Board ("the Board") notifies the Judicial Panel that multicircuit petitions for review of the same Board order have been filed. The Board shows as follows:

1. On August 25, 2023, the Board issued its decision and order in *Cemex Construction Materials Pacific, LLC,* 372 NLRB No. 130, Board Case Nos.

28-CA-230115, 28-CA-235666, 28-CA-249413, 31-CA-237882, 31-CA-237894, 31-CA-238094, 31-CA-238239, 31-CA-238240, and 28-RC-232059 (Exhibit 1).

2. A petition for review of the Board's Order is pending in the United States Court of Appeals for the District of Columbia Circuit in *Cemex Construction Materials Pacific v. NLRB* (Docket No. 23-1232). The petition was filed in the United States Court of Appeals for the District of Columbia Circuit on August 30, 2023. The petitioner in that case served on the Board a date-stamped copy of the petition via email on September 5, 2023 (Exhibit 2).

4. A petition for review is also pending in the United States Court of Appeals for the Ninth Circuit in *International Brotherhood of Teamsters v. NLRB* (Docket No. 23-2081). The petition was filed in the United States Court of Appeals for the Ninth Circuit on September 1, 2023. The petitioner in that case served on the Board a date-stamped copy of the petition via email on September 5, 2023 (Exhibit 3).

/s/ David Habenstreit
David Habenstreit
Assistant General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960
(202) 273-0191 (fax)
appellatecourt@nlrb.gov

Dated at Washington, DC
this 11th day of September 2023

**SCHEDULE REQUIRED BY RULE 25.2 OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

<u>Date of the NLRB Order</u>: August 25, 2023.  Decision was served on the parties and released to the public on August 25, 2023.

| Case Name | Circuit Court | Docket Number | Filing Date | Date Received by the NLRB |
|---|---|---|---|---|
| *Cemex Construction Materials Pacific, LLC v. National Labor Relations Board* | DC Circuit | 23-1232 | 8/30/23 | 9/5/23 |
| *International Brotherhood of Teamsters v. National Labor Relations Board* | 9th Circuit | 23-2081 | 9/1/23 | 9/5/23 |

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC | ) ) ) | |
| Petitioner | ) ) ) | |
| v. | ) ) | DC Cir. No. 23-1232 |
| NATIONAL LABOR RELATIONS BOARD | ) ) ) | |
| Respondent | ) ) | |
| ------------------------------------------------------------- | | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) ) ) | |
| Petitioner | ) ) ) | |
| v. | ) ) | 9th Cir. No. 23-2081 |
| NATIONAL LABOR RELATIONS BOARD | ) ) ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2023, a copy of the foregoing NOTICE TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MULTICIRCUIT PETITIONS FOR REVIEW was served electronically, in accordance with applicable ECF procedures to the following courts:

**CLERKS OF THE COURT**

Mark J. Langer, Esquire
Clerk, United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 5423
Washington, DC  20001-2866

Molly Dwyer
Clerk of the Court
United States Court of Appeals
  For the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939


Copies of the foregoing Notice were also sent by first class mail to the following counsel:

*Counsel for Cemex Construction Materials Pacific, LLC*

Alan M. Bayless Feldman, Esquire
Jackson Lewis P.C.
2111 E. Highland Ave., Suite B-250
Phoenix, AZ 85016
(602) 714-7042
(602) 714-7045
alan.feldman@jacksonlewis.com

Ross M. Gardner, Esquire
Jackson Lewis P.C.
10050 Regency Circle
Suite 400
Omaha, NE 68114
(402) 391-1991
(402) 391-7363 (fax)
ross.gardner@jacksolewis.com

*Counsel for International Brotherhood of Teamsters*

David A. Rosenfeld, Esquire
Caren P. Sencer, Esquire
Matthew J. Erle, Esquire
Weinberg, Roger & Rosenfeld
A Professional Corporation
1375 55th Street
Emeryville CA  94608
(510) 337-1001
(510) 337-1023 (fax)
nlrb@unioncounsel.net

/s/ David Habenstreit
David Habenstreit
Assistant General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960
(202) 273-0191 (fax)
appellatecourt@nlrb.gov

Dated at Washington, DC
this 11th day of September 2023